No. 02–127. MCGRATH, WARDEN, ET AL. *v.* CHIA. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lockyer* v. *Andrade, ante*, p. 63.

No. 02–6427. SIMBOLI *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Clay* v. *United States*, 537 U. S. 522 (2003).

No. 02–7089. QUICK *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Clay* v. *United States*, 537 U. S. 522 (2003).

No. 02–8408. EURY *v.* HAMILTON ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–8409. EURY *v.* ROUNTREE ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–8417. EURY *v.* GOINS ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02A624. GILES *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.